IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Christopher Love Williams, #281434, ) | |
| ) | Civil Action No. 6:07-2409-DCN-WMC |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| Jon Ozmint, Director of SCDC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the plaintiff's motion to strike (doc. 173). The plaintiff, a state prisoner who is proceeding *pro se*, filed this action pursuant to Title 42, United States Code, Section 1983, against over 60 defendants, claiming that his constitutional rights have been violated.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under Title 42, United States Code, Section 1983.

On May 21, 2008, this court recommended that the defendants' motion for summary judgment be granted and the plaintiff's case be dismissed. On June 17, 2008, the plaintiff filed a motion to strike the defendants' response to his objections to the report and recommendation. He argues that the defendants failed to specifically challenge the facts identified in his complaint. As argued by the defendants, Federal Rule of Civil Procedure 12(f), which states that a court may strike an insufficient defense, is directed only to pleadings. Accordingly, the plaintiff's motion is without merit and is hereby denied.

IT IS SO ORDERED.

s/William M. Catoe
United States Magistrate Judge

June 25, 2008

Greenville, South Carolina